UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-364

| | |
|---|---|
| KEVIN BRAY, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL TO FEDERAL COURT** |
| TOWN OF KERNERSVILLE, | ) |
| Defendant. | ) |

Defendant Town of Kernersville, by and through undersigned counsel, respectfully remove the above-entitled action from the Superior Court of Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina, pursuant to 28 U.S.C. § 1331, § 1441, and § 1446. In support of this Notice of Removal, Defendant states as follows:

1. This action is being removed to Federal Court based on federal question jurisdiction in that this actions arises under the Constitution, law, or treaties of the United States, namely 42 U.S.C. § 1983 and 28 U.S.C. § 2201 and § 2202.

2. On March 9, 2017, Plaintiff filed a Complaint in the Superior Court of Forsyth County, North Carolina, styled "Kevin Bray v Town of Kernersville," that was assigned Civil Action No. 17 CVS 1610 ("Superior Court action"). Defendant was served on or about March 21, 2017.

2. Pursuant to 28 U.S.C. § 1446 (b), a copy of all process and pleadings served upon Defendants are attached hereto as Exhibit A.

3. This notice is being filed within thirty (30) days of the date of service of the Summons and Complaint in this cause on Defendant; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446 (b). Defendant is represented by the undersigned counsel and consents to removal.

4. This action is being removed to Federal Court based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely 42 U.S.C. § 1983, 28 U.S.C. § 2201 and § 2202, and the United States Constitution.

5. In that this action involves a civil suit for damages arising under the laws of the United States, this case involves federal questions and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441.

6. Defendants contend that the United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the remaining state claims pursuant to 28 U.S.C. § 1367.

7. The United States District Court for the Middle District of North Carolina is the District in which the aforementioned state court action is now pending. Therefore, the undersigned hereby files this Notice of Removal from the aforesaid Superior Court of Forsyth County, North Carolina, in which it is now pending, to the United States District Court for the Middle District of North Carolina.

8. Written notice of filing of this Notice will be served upon the adverse party in this action as required by law.

9. A copy of this Notice of Removal has been sent for filing with the Clerk of the Superior Court of Forsyth County, North Carolina, as shown by the Notice attached hereto as Exhibit B.

WHEREFORE, the Defendant prays that this action be removed from the Superior Court of Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina, and request that this court assume jurisdiction over this action, and proceed to final determination thereof.

This the 20th day of April, 2017.

> CRANFILL SUMNER & HARTZOG, LLP
>
> BY:     /s/Patrick H. Flanagan
> PATRICK H. FLANAGAN, State Bar #17407
> *Attorney for Defendant*
> Post Office Box 30787
> Charlotte, North Carolina 28230
> Telephone: (704) 332-8300
> Facsimile: (704) 332-9994
> phf@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I electronically filed the foregoing *Notice of Removal to Federal Court* with the Clerk of Court using the CM/ECF system, and will deposit the foregoing document in the United States Mail addressed to the following counsel:

    Thomas A. Woodley
    William W. Li
    **WOODLEY & McGILLIVARY LLP**
    1101 Vermont Ave., N.W.
    Suite 1000
    Washington, D.C. 20005

    M. Travis Payne
    N. C. Bar No. 8452
    **EDELSTEIN AND PAYNE**
    P. O. Box 28186
    Raleigh, NC 27611

    *Attorneys for Plaintiff*

This the 20th day of April, 2017.

    CRANFILL SUMNER & HARTZOG, LLP

    BY:    /s/Patrick H. Flanagan
          PATRICK H. FLANAGAN, State Bar #17407
          *Attorney for Defendant*
          Post Office Box 30787
          Charlotte, North Carolina 28230
          Telephone: (704) 332-8300
          Facsimile: (704) 332-9994
          phf@cshlaw.com